JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FRANKLIN, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI,[1] Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 5:21-cv-00070-FLA (MRWx) <br><br> **JUDGMENT** |

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021.  Pursuant to Fed. R. Civ. P. 25(d), Kilolo Kijakazi is hereby substituted for Andrew Saul as the defendant in this suit.

The court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation") (Dkt. 12), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the Stipulation. The Clerk of the Court is ORDERED to enter final judgment in favor of Plaintiff, and against Defendant, reversing the Commissioner's final decision.

Dated: August 13, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge